170 So.2d 867

**Lee Doty KING and Glora Mae Savage King**

**v.**

**UNITED STATES FIRE INSURANCE COMPANY et al.**

No. 47605.

Feb. 5, 1965.

In re: Lee Doty King et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 169 So.2d 634.

Writ refused. On the facts found by the Court of Appeal the result is correct.

170 So.2d 867

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**Irene Fontane BADDOCK et al.**

No. 47600.

Feb. 5, 1965.

In re: Irene Fontane Baddock applying for certiorari, or writ of review, to the

Court of Appeal, First Circuit, Parish of East Baton Rouge. 170 So.2d 5.

Writ refused: On the facts found by the Court of Appeal the result is correct.

SANDERS, J., is of the opinion that a writ should be granted in order to clarify the law applicable to the case, particularly the interpretation of LSA–R.S. 48:456 as applied to the evidence in this case.

170 So.2d 867

**Mrs. Mercedes F. PICOU and Melvin A. Picou**

**v.**

**TERREBONNE CONSTRUCTION COMPANY et al.**

No. 47606.

Feb. 5, 1965.

In re: Mrs. Mercedes F. Picou and Melvin A. Picou applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 169 So.2d 650.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.